UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE SMALLS, : | |
| : | CIVIL ACTION NO. 3:21-1352 |
| Petitioner : | |
| : | (JUDGE MANNION) |
| v. : | |
| : | |
| WARDEN HERMAN QUAY, : | |
| : | |
| Respondent : | |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Smalls' petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Petitioner's motion for appointment of counsel or to stay the above action (Doc. 13) is **DISMISSSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  April 29, 2022**
21-1352-01-Order