# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**EUGENE SMALLS,** :

      Petitioner : CIVIL ACTION NO. 3:21-1352

v. : (JUDGE MANNION)

  :

**WARDEN HERMAN QUAY,**

  :

      Respondent

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion for reconsideration (Doc. 28) is **DENIED**.

2. Petitioner's motion to stay (Doc. 34) is **DENIED**.

                                                 /s/ _____
                                                 **MALACHY E. MANNION**
                                                 United States District Judge

**DATE: February 21, 2023**
21-1352-02-Order